ELICK LOWITZ and Others, Appellants, v. ADOLPH SCHENKER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

ELICK LOWITZ and Others, Appellants, v. ADOLPH SCHENKER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

ELICK LOWITZ and Others, Appellants, v. LOUIS SCHENKER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

CHARLES CARVER, Respondent, v. ALEXANDER CARLETON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GEORGE D. AARONS, Respondent, v. MURRAY POSNER and Another, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JAY CARTON, Suing on Behalf of Himself and All Other Stockholders of RUBEL CORPORATION, Appellant, v. RUBEL CORPORATION, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

W. A. McLAUGHLIN, INC., Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew upon a proper application. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARBERT TRADING CORPORATION, a New York State Corporation, Respondent, v. JANE SCHACHTER and Others, Defendants, Impleaded with LENA WARSHAVSKY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GRACE E. FOLK, Appellant, v. FARMERS' LOAN AND TRUST COMPANY and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within five days from service of order. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

LONBY REALTY CORPORATION, Respondent, v. HYMAN KATZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ALFRED J. LIEBMANN, Respondent, v. ARTHUR A. MEYER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten